IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEBORAH JEAN MADDEN,<br><br>    Defendant.<br>_____/ | No. CR 11-0879 SI<br><br>**PROTECTIVE ORDER RE:**<br>**SUBPOENAED PERSONNEL OR**<br>**COMPLAINT RECORDS**<br>**RECEIVED FROM LAW**<br>**ENFORCEMENT**<br>**AGENCY UNDER FED. R. CRIM. P. 17(c)**<br>**& N.D. CAL. CRIM. L. R. 17-2(e)** |

    Law enforcement personnel and/or complaint records (hereafter, "records") were subpoenaed from the Office of Citizen Complaints and returned to the Court. The Court has conducted an *in camera* review of the records. The Court determines that records from Case Nos. 0705-87, 0060-93, 0902-96, and 0166-98, and no others, should be produced to the parties, and those documents are hereby delivered to both parties. The disk containing all the records reviewed shall be filed in this action under seal.

    Use of the records in this case shall be governed by General Order No. 69*: Process for Subpoenaing and Using Personnel and Complaint Records of State Law Enforcement Officers Testifying in Federal Court*. The parties may not use the records in any court proceeding or otherwise disclose any portion of the records or their contents without a court order. At the conclusion of the case, including

the final disposition of an appeal of any conviction, the parties shall return the records to the court or the producing agency.

**IT IS SO ORDERED.**

Dated: September 10, 2012

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE