IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  No. CR 11-0879 SI

    Plaintiff,  **ORDER RE JURY INSTRUCTIONS**

  v.

DEBORAH JEAN MADDEN,

    Defendant.
                               /

    At a pretrial conference on January 14, 2013, the Court indicated that it would define for the jury the five terms used in the charged offense, 21 U.S.C. § 843(a)(3): "misrepresentation," "fraud," "forgery," "deception," and "subterfuge." The Court further directed the parties to agree on definitions of each term if possible.

    The parties have agreed on definitions of two of the five terms: "misrepresentation" – "the act of making a false or misleading representation of something, usually with the intent to deceive"; and "forgery" – "the act of falsely and fraudulently making or altering a document." The Court will read these definitions.

    The Court has reviewed the various definitions provided by the parties for the remaining three terms, and tentatively finds that Black's Law Dictionary provides the best definitions for them. Therefore, unless the parties agree to a different definition,[1] the remaining words shall be defined as follows:

    "Fraud" – "a knowing misrepresentation of the truth or concealment of a material fact to induce another to act to his or her detriment";

---

[1] If the parties agree to a different definition which they wish the Court to provide, they must so inform the Court by 4:00 p.m. on Friday, January 25, 2013.

"Deception" – "the act of intentionally giving a false impression"; and

"Subterfuge" – "a clever plan or idea used to escape, avoid, or conceal something."

**IT IS SO ORDERED.**

Dated: January 24, 2013

SUSAN ILLSTON
United States District Judge